UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80569-CIV-CANNON/Reinhart

**RICARDO CASTRO**,

      Plaintiff,

v.

**KILOLO KIJAKAZI**,
Acting Commissioner for Social Security,

      Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon on the parties' cross motions for summary judgment filed by Plaintiff Ricardo Castro [ECF No. 14] and Defendant Kilolo Kijakazi, Acting Commissioner of the Social Security Administration [ECF No. 15]. On April 14, 2022, Magistrate Judge Bruce E. Reinhart issued a Report ("R&R") recommending the following dispositions: denial of Plaintiff's Motion for Summary Judgment [ECF No. 14], grant of Defendant's Motion for Summary Judgment [ECF No. 15], and affirmance of the decision of the Administrative Law Judge ("ALJ") [ECF No. 10 pp. 26–38]. Neither party has filed any objections to the R&R.

Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that Plaintiff's Motion should be denied, and that Defendant's Motion should be granted for the reasons set forth therein.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1.     The R&R [ECF No. 17] is **ACCEPTED**.

2.     Defendant's Motion [ECF No. 15] is **GRANTED**.

CASE NO. 21-80569-CIV-CANNON/Reinhart

3. Plaintiff's Motion [ECF No. 14] is **DENIED**.

4. The decision of the ALJ is **AFFIRMED**.

5. Final judgment to issue by separate order.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 1st day of June 2022.

                                                   **AILEEN M. CANNON**
                                                  **UNITED STATES DISTRICT JUDGE**

cc: counsel of record